**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TREZON GRIFFIN**                                                                                          **PLAINTIFF**

**v.**                              **Case No. 4:23-cv-00610-KGB**

**DOE,** *et al.*                                                                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 24). Plaintiff Trezon Griffin has not filed any objections, and the time to do so has passed. Accordingly, after careful consideration, the Court approves and adopts the Proposed Findings and Recommendations in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice this action for failure to prosecute (*Id.*). The pending Proposed Findings and Recommendations (Dkt. No. 10) and Partial Proposed Findings and Recommendation (Dkt. No. 21) are denied as moot. All pending motions are denied as moot (Dkt. Nos. 15; 26).

It is so ordered this the 28th day of August, 2024.

                                                                                       _____
                                                                                       Kristine G. Baker
                                                                                       Chief United States District Judge